UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MY CHOICE SOFTWARE, LLC, a California Limited Liability Company; NATHAN MUMME, an individual, DANIEL PARKER, an individual and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 5:14-cv-02150-BLF<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS MY CHOICE SOFTWARE, LLC, NATHAN MUMME, AND DANIEL PARKER & DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**<br><br>**Honorable Beth Labson Freeman** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction & Dismissal ("Stipulation"), between Plaintiff Adobe Systems Incorporated ("Plaintiff"), on the one hand, and Defendants My Choice Software, LLC, Nathan Mumme, and Daniel Parker ("Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

1. **PERMANENT INJUNCTION.** Defendants and any person or entity acting in concert with, or at their direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control,

1  are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a) and
2  17 U.S.C. §502, from engaging in, directly or indirectly, or authorizing or assisting any third
3  party to engage in, any of the following activities in the United States and throughout the world:
4        a.    importing, exporting, marketing, purchasing, downloading, selling,
5  offering for sale, distributing or dealing in any product or service that uses, or otherwise making
6  any use of, any of Plaintiff's ADOBE® and/or ACROBAT® trademarks and copyrights
7  ("Plaintiff's Trademarks and Copyrights"), and/or any intellectual property that is confusingly or
8  substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks
9  and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark,
10 trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions,
11 solicitations, commercial exploitation, television, web-based or any other program, or any
12 product or service, or otherwise;
13       b.    copying or downloading, other than for personal use of a validly licensed
14 and registered software, of any software containing Plaintiff's Trademarks and Copyrights,
15 including but not limited to ADOBE® and ACROBAT® marks and works, and/or any
16 intellectual property that is confusingly or substantially similar to, or that constitutes a colorable
17 imitation of, any of Plaintiff's Trademarks and Copyrights;
18       c.    importing, exporting, marketing, purchasing, downloading, selling,
19 offering for sale, distributing or dealing in any product or service that uses, or otherwise making
20 any use of any of Plaintiff ADOBE®'s original equipment manufacture ("OEM") and education
21 or academic version products;
22       d.    importing, exporting, marketing, purchasing, downloading, selling,
23 offering for sale, distributing or dealing in any product or service that uses, or otherwise making
24 any use of any of Plaintiff ADOBE®'s serial activation keys or numbers;
25       e.    importing, exporting, marketing, purchasing, downloading, selling,
26 offering for sale, distributing or dealing in any product or service that uses, or otherwise making
27 any use of any of Plaintiff ADOBE®'s products that are intended to be sold only outside of the
28 United States of America;

  f. performing or allowing others employed by or representing them, or under their control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's Trademarks and Copyrights, including but not limited to ADOBE® and ACROBAT® marks and works, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

  g. engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, federal copyright infringement, or other act which would tend damage or injure Plaintiff; and/or

  h. using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including but not limited to the ADOBE® and ACROBAT® marks and works.

2. Defendants are ordered to deliver immediately for destruction all unauthorized products, including counterfeit ADOBE® software products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in her possession or under her control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendants' possession.

3. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court, and the case shall be dismissed in its entirety upon entry of this Permanent Injunction.

4. The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendants.

5. Defendants will be making agreed upon payments to Plaintiff, as more particularly described in a separate Confidential Settlement Agreement.

6. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this

Permanent Injunction.

7. **NO FEES AND COSTS.** Each party shall bear their own attorneys' fees and costs incurred in this matter.

8. **DISMISSAL.** The Court hereby dismisses this action in its entirety upon entry of this Permanent Injunction against Defendants.

IT IS SO ORDERED, ADJUDICATED and DECREED this ____ day of _____, 2015.

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge
Northern District of California

San Jose Courthouse